# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

------------------------------------------------x

QUANLI HU,

                Plaintiff,

                          Index No.
   -against-            21385/15

VICTORY AUTO GROUP LLC, d/b/a BRONX SUZUKI and
"JOHN DOE," First and last names being
fictitious and unknown; party intended to be the
driver of the motor vehicle,

                Defendants.

------------------------------------------------x

                March 23, 2016
                10:43 a.m.

      Examination Before Trial DIANE
ARGYROPOULOS, pursuant to Order, at the offices
of DEITZ REPORTING, 880 River Avenue, suite 10,
Bronx, New York 10452, before Stephen Kleinman,
a Notary Public within and for the State of New
York.



1  A P P E A R A N C E S :
2
3
4  LEVINE & WISS PLLC
5          Attorneys for Plaintiff
6          510 Hempstead Turnpike, suite 206
7          West Hempstead, New York 11552
8
9  BY:    SCOTT L. WISS, ESQ.
10
11
12 ZAREMBA BROWNELL & BROWN PLLC
13         Attorneys for Defendants
14         40 Wall Street, 27th floor
15         New York, New York 10005
16
17 BY:    MICHAEL DOMBROWSKI, ESQ.
18
19
20
21
22
23
24
25

```
 1    D I A N E    A R G Y R O P O U L O S,
 2             called as a witness, having been
 3             duly sworn by a Notary Public,
 4             was examined and testified as
 5             follows:
 6
 7
 8    EXAMINATION BY
 9    MR. WISS:
10         Q.    Could you please state your
11    name?
12         A.    Diane Argyropoulos.
13         Q.    And where do you currently
14    reside?
15         A.    My business address is 4101
16    Boston Road, Bronx, New York 10466.
17             MR. WISS:  For the record, we
18         have taken the business address for
19         Miss Argyropoulos.
20             Counsel, are you agreeing to
21         accept service of a subpoena for her
22         at the time trial?
23             MR. DOMBROWSKI:  Yes.
24             MR. WISS:  Thank you.
25         Q.    Good morning, ma'am.  My name
```

```
 1              DIANE ARGYROPOULOS
 2     us speaking at the same time.  So I will try
 3     not to interrupt you.  If you would, please
 4     just try to let me complete the full question
 5     before you answer.
 6          A.     Okay.
 7          Q.     We need you to respond
 8     verbally, with words.  We can't record nods
 9     of the head, shrugs of the shoulder or
10     gestures, okay?
11          A.     Okay.
12          Q.     Do you understand those
13     directions?
14          A.     Yes.
15          Q.     Thank you.  Are you currently
16     employed, ma'am?
17          A.     Yes.
18          Q.     By whom?
19          A.     From Victory Auto Group.
20          Q.     Are you an owner of Victory
21     Auto Group?
22          A.     Yes.
23          Q.     How many owners are there of
24     Victory Auto Group?
25          A.     My husband and myself.
```

1          DIANE ARGYROPOULOS

2      Q.    And what is your husband's
3  first name?
4      A.    Philip.
5      Q.    Same last name?
6      A.    Yes.
7      MR. WISS:  Off the record.
8      (Discussion off the record.)
9      Q.    How long have you and your
10 husband owned Victory Auto Group?
11     A.    Twelve years.
12     Q.    Does Victory Auto Group operate
13 under the name of Victory Auto Group or some
14 other name?
15     A.    Victory Auto Group.
16     Q.    Does Victory Auto Group also do
17 business as Bronx Suzuki?
18     A.    It used to, but that is our
19 d/b/a.
20     Q.    Is it still the d/b/a of
21 Victory Auto Group?
22     A.    Yes.
23     Q.    When you say "it used to," for
24 what time period did Victory Auto Group do
25 business as Bronx Suzuki?