# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHER DISTRICT OF NEW YORK**
-------------------------------------------------------------------

JUAN POLANCO, on behalf of himself and all
others similarly situated,

          *Plaintiffs,*

    -*against*-

VICTORY AUTO GROUP LLC; SPARTAN
AUTO GROUP LLC; VICTORY MOTORS
LLC; PHILIP ARGYOPOULOS, individually;
DIANE ARGYOPOLOUS, individually; and
SCOTT BONFORTI, individually,

          *Defendants.*
-------------------------------------------------------------------X

Index No.: **23-CV-10900**

**OFFER OF JUDGMENT**
**PURSUANT TO**
**FED.R.CIV.P. 68**

To: David Sack
   Fitapelli & Schaffer
   28 Liberty Street 30th Floor
   New York, NY 10005
   Telephone: (212)-300-0714

    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Victory Auto

Group LLC, Spartan Auto Group LLC, Victory Motors LLC, Philip Argyopoulos, individually,

Diane Argyopolous, individually, and Scott Bonforti, individually, ("Defendants"), hereby make

this offer of judgment in favor of Juan Polanco ("Plaintiff"), and against Defendants in the above-

captioned action in the total sum of Thirty Thousand One Hundred Ninety-One Dollars and

Eighty-Four  cents ($30,191.84), payable as follows:

    The total sum of Thirty Thousand One Hundred Ninety-One Dollars and Eighty-Four cents

($30,191.84) is inclusive of reasonable attorney's fees, costs, and expenses to date of this offer, in

full and final settlement of all of Plaintiffs' claims against Defendant arising out, alleged in, or

related to, the facts and transactions alleged in the above-captioned action with Prejudice.

    This judgment shall be in full satisfaction of all federal and state law claims or rights that

Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants either past or present, of the Defendants, or in connection with the facts and circumstances that are the subject of this action.

This Offer of Judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any of the Defendants, or any owner, employee, representative, or agent of any of the Defendant.

Acceptance of this Offer of Judgment will act to release and discharge Defendants, their respective successors, or assigns, in their respective capacity as such, from any and all claims that were or could have been alleged by Plaintiff in the above-referenced action. Acceptance of this Offer of Judgment also will operate to waive Plaintiffs' rights to any claim for interest on the amount of the judgment.

In order for Plaintiffs to accept this offer, Plaintiff must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment. An Offer not accepted within the specified period for acceptance will be deemed withdrawn. Satisfaction of Judgment will be filed upon collection of payment of the judgment amount.

Date:   February _28_ , 2024
        New York, NY


                                    STEPHEN D. HANS & ASSOCIATES, PC


                                    By: _____
                                        Stephen D. Hans, Esq.
                                        30-30 Northern Boulevard, Suite #401
                                        Long Island City, NY 11101
                                        Tel. No.: (718) 275.6700
                                        Email: shans@hansassociates.com
                                        *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHER DISTRICT OF NEW YORK**
--------------------------------------------------------------------

JUAN POLANCO, on behalf of himself and all
others similarly situated,

Index No.: <strong>23-CV-10900</strong>

<em>Plaintiffs</em>,

<strong>OFFER OF JUDGMENT<br>PURSUANT TO<br>FED.R.CIV.P. 68</strong>

-against-

VICTORY AUTO GROUP LLC; SPARTAN
AUTO GROUP LLC; VICTORY MOTORS
LLC; PHILIP ARGYOPOULOS, individually;
DIANE ARGYOPOLOUS, individually; and
SCOTT BONFORTI, individually,

<em>Defendants</em>.

--------------------------------------------------------------------X

To:    David Sack
       Fitapelli & Schaffer
       28 Liberty Street 30th Floor
       New York, NY 10005
       Telephone: (212)-300-0714


Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Victory Auto

Group LLC, Spartan Auto Group LLC, Victory Motors LLC, Philip Argyopoulos, individually,

Diane Argyopolous, individually, and Scott Bonforti, individually, ("Defendants"), hereby make

this offer of judgment in favor of Astariel Francis ("Plaintiff"), and against Defendants in the

above-captioned action in the total sum of  Seven Thousand Two Hundred Forty-Two Dollars

and Eighteen cents ($7,242.18), payable as follows:

The total sum of Seven Thousand Two Hundred Forty-Two Dollars and Eighteen cents

($7,242.18) is inclusive of reasonable attorney's fees, costs, and expenses to date of this offer, in

full and final settlement of all of Plaintiffs' claims against Defendant arising out, alleged in, or

related to, the facts and transactions alleged in the above-captioned action with Prejudice.

This judgment shall be in full satisfaction of all federal and state law claims or rights that

Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants either past or present, of the Defendants, or in connection with the facts and circumstances that are the subject of this action.

This Offer of Judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any of the Defendants, or any owner, employee, representative, or agent of any of the Defendant.

Acceptance of this Offer of Judgment will act to release and discharge Defendants, their respective successors, or assigns, in their respective capacity as such, from any and all claims that were or could have been alleged by Plaintiff in the above-referenced action. Acceptance of this Offer of Judgment also will operate to waive Plaintiffs' rights to any claim for interest on the amount of the judgment.

In order for Plaintiffs to accept this offer, Plaintiff must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment. An Offer not accepted within the specified period for acceptance will be deemed withdrawn. Satisfaction of Judgment will be filed upon collection of payment of the judgment amount.

Date:    February _28_, 2024
         New York, NY


                                            STEPHEN D. HANS & ASSOCIATES, PC


                                            By: _____
                                                Stephen D. Hans, Esq.
                                                30-30 Northern Boulevard, Suite #401
                                                Long Island City, NY 11101
                                                Tel. No.: (718) 275.6700
                                                Email: shans@hansassociates.com
                                                *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHER DISTRICT OF NEW YORK**
-------------------------------------------------------------------
JUAN POLANCO, on behalf of himself and all
others similarly situated,

                                          *Plaintiffs*,

              -against-

VICTORY AUTO GROUP LLC; SPARTAN
AUTO GROUP LLC; VICTORY MOTORS
LLC; PHILIP ARGYOPOULOS, individually;
DIANE ARGYOPOLOUS, individually; and
SCOTT BONFORTI, individually,
                                  *Defendants*.
-------------------------------------------------------------------X

Index No.: **23-CV-10900**

**OFFER OF JUDGMENT**
**PURSUANT TO**
**FED.R.CIV.P. 68**

To:    David Sack
        Fitapelli & Schaffer
        28 Liberty Street 30th Floor
        New York, NY 10005
        Telephone: (212)-300-0714

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Victory Auto

Group LLC, Spartan Auto Group LLC, Victory Motors LLC, Philip Argyopoulos, individually,

Diane Argyopolous, individually, and Scott Bonforti, individually, ("Defendants"), hereby make

this offer of judgment in favor of Caprice Logan ("Plaintiff"), and against Defendants in the

above-captioned action in the total sum of Fourteen Thousand Thirty-Three Dollars and Seventy-

Three cents ($14,033.73), payable as follows:

        The total sum of Fourteen Thousand Thirty-Three Dollars and  Seventy-Three cents

($14,033.73) is inclusive of reasonable attorney's fees, costs, and expenses to date of this offer, in

full and final settlement of all of Plaintiffs' claims against Defendant arising out, alleged in, or

related to, the facts and transactions alleged in the above-captioned action with Prejudice.

        This judgment shall be in full satisfaction of all federal and state law claims or rights that

Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants either past or present, of the Defendants, or in connection with the facts and circumstances that are the subject of this action.

This Offer of Judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any of the Defendants, or any owner, employee, representative, or agent of any of the Defendant.

Acceptance of this Offer of Judgment will act to release and discharge Defendants, their respective successors, or assigns, in their respective capacity as such, from any and all claims that were or could have been alleged by Plaintiff in the above-referenced action. Acceptance of this Offer of Judgment also will operate to waive Plaintiffs' rights to any claim for interest on the amount of the judgment.

In order for Plaintiffs to accept this offer, Plaintiff must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment. An Offer not accepted within the specified period for acceptance will be deemed withdrawn.  Satisfaction of Judgment will be filed upon collection of payment of the judgment amount.

Date:   February 28, 2024
        New York, NY

                                        STEPHEN D. HANS & ASSOCIATES, PC


                                        By:
                                            Stephen D. Hans, Esq.
                                            30-30 Northern Boulevard, Suite #401
                                            Long Island City, NY 11101
                                            Tel. No.: (718) 275.6700
                                            Email: shans@hansassociates.com
                                            *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHER DISTRICT OF NEW YORK**
-------------------------------------------------------------------

JUAN POLANCO, on behalf of himself and all
others similarly situated,

Index No.: **23-CV-10900**

*Plaintiffs,*

**OFFER OF JUDGMENT**
**PURSUANT TO**
**FED.R.CIV.P. 68**

*-against-*

VICTORY AUTO GROUP LLC; SPARTAN
AUTO GROUP LLC; VICTORY MOTORS
LLC; PHILIP ARGYOPOULOS, individually;
DIANE ARGYOPOLOUS, individually; and
SCOTT BONFORTI, individually,

*Defendants.*
-------------------------------------------------------------------X

To:   David Sack
      Fitapelli & Schaffer
      28 Liberty Street 30th Floor
      New York, NY 10005
      Telephone: (212)-300-0714


Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Victory Auto

Group LLC, Spartan Auto Group LLC, Victory Motors LLC, Philip Argyopoulos, individually,

Diane Argyopolous, individually, and Scott Bonforti, individually, ("Defendants"), hereby make

this offer of judgment in favor of Germinal Lantigua ("Plaintiff"), and against Defendants in the

above-captioned action in the total sum of Fifteen Thousand Seven Hundred Seventy-One

Dollars and Eighty-Six cents ($15,771.86), payable as follows:

The total sum of Fifteen Thousand Seven Hundred Seventy-One Dollars and Eighty-Six

cents ($15,771.86) is inclusive of reasonable attorney's fees, costs, and expenses to date of this

offer, in full and final settlement of all of Plaintiffs' claims against Defendant arising out, alleged

in, or related to, the facts and transactions alleged in the above-captioned action with Prejudice.

This judgment shall be in full satisfaction of all federal and state law claims or rights that

Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants either past or present, of the Defendants, or in connection with the facts and circumstances that are the subject of this action.

This Offer of Judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any of the Defendants, or any owner, employee, representative, or agent of any of the Defendant.

Acceptance of this Offer of Judgment will act to release and discharge Defendants, their respective successors, or assigns, in their respective capacity as such, from any and all claims that were or could have been alleged by Plaintiff in the above-referenced action. Acceptance of this Offer of Judgment also will operate to waive Plaintiffs' rights to any claim for interest on the amount of the judgment.

In order for Plaintiffs to accept this offer, Plaintiff must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment. An Offer not accepted within the specified period for acceptance will be deemed withdrawn. Satisfaction of Judgment will be filed upon collection of payment of the judgment amount.

Date:    February _28_ , 2024
         New York, NY


STEPHEN D. HANS & ASSOCIATES, PC

By: _____
         Stephen D. Hans, Esq.
         30-30 Northern Boulevard, Suite #401
         Long Island City, NY 11101
         Tel. No.: (718) 275.6700
         Email: shans@hansassociates.com
         *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHER DISTRICT OF NEW YORK**
-------------------------------------------------------------------
JUAN POLANCO, on behalf of himself and all                    Index No.: **23-CV-10900**
others similarly situated,

                                    *Plaintiffs*,            **OFFER OF JUDGMENT**
                                                             **PURSUANT TO**
                                                             **FED.R.CIV.P. 68**
            -*against*-

VICTORY AUTO GROUP LLC; SPARTAN
AUTO GROUP LLC; VICTORY MOTORS
LLC; PHILIP ARGYOPOULOS, individually;
DIANE ARGYOPOLOUS, individually; and
SCOTT BONFORTI, individually,
                                    *Defendants*.
-------------------------------------------------------------------X

To:   David Sack
      Fitapelli & Schaffer
      28 Liberty Street 30ᵗʰ Floor
      New York, NY 10005
      Telephone: (212)-300-0714


        Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Victory Auto

Group LLC, Spartan Auto Group LLC, Victory Motors LLC, Philip Argyopoulos, individually,

Diane Argyopolous, individually, and Scott Bonforti, individually, ("Defendants"), hereby make

this offer of judgment in favor of Glennys Pena ("Plaintiff"), and against Defendants in the

above-captioned action in the total sum of Twenty-Four Thousand One Hundred Ninety-Eight

Dollars and Fifty-three cents ($24,198.53), payable as follows:

        The total sum of Twenty-Four Thousand One Hundred Ninety-Eight Dollars and Fifty-

three cents ($24,198.53) is inclusive of reasonable attorney's fees, costs, and expenses to date of

this offer, in full and final settlement of all of Plaintiffs' claims against Defendant arising out,

alleged in, or related to, the facts and transactions alleged in the above-captioned action with

Prejudice.

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants either past or present, of the Defendants, or in connection with the facts and circumstances that are the subject of this action.

This Offer of Judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any of the Defendants, or any owner, employee, representative, or agent of any of the Defendant.

Acceptance of this Offer of Judgment will act to release and discharge Defendants, their respective successors, or assigns, in their respective capacity as such, from any and all claims that were or could have been alleged by Plaintiff in the above-referenced action. Acceptance of this Offer of Judgment also will operate to waive Plaintiffs' rights to any claim for interest on the amount of the judgment.

In order for Plaintiffs to accept this offer, Plaintiff must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment. An Offer not accepted within the specified period for acceptance will be deemed withdrawn. Satisfaction of Judgment will be filed upon collection of payment of the judgment amount.

Date:   February __28__, 2024
New York, NY


STEPHEN D. HANS & ASSOCIATES, PC


By: _____
Stephen D. Hans, Esq.
30-30 Northern Boulevard, Suite #401
Long Island City, NY 11101
Tel. No.: (718) 275.6700
Email: shans@hansassociates.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHER DISTRICT OF NEW YORK**
--------------------------------------------------------------------
JUAN POLANCO, on behalf of himself and all          Index No.: **23-CV-10900**
others similarly situated,

                                        *Plaintiffs*,          **OFFER OF JUDGMENT**
                                                               **PURSUANT TO**
                                                               **FED.R.CIV.P. 68**
              -against-

VICTORY AUTO GROUP LLC; SPARTAN
AUTO GROUP LLC; VICTORY MOTORS
LLC; PHILIP ARGYOPOULOS, individually;
DIANE ARGYOPOLOUS, individually; and
SCOTT BONFORTI, individually,
                                        *Defendants*.
----------------------------------------------------------------------X

To:    David Sack
       Fitapelli & Schaffer
       28 Liberty Street 30th Floor
       New York, NY 10005
       Telephone: (212)-300-0714


       Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Victory Auto

Group LLC, Spartan Auto Group LLC, Victory Motors LLC, Philip Argyopoulos, individually,

Diane Argyopolous, individually, and Scott Bonforti, individually, ("Defendants"), hereby make

this offer of judgment in favor of Jinelca Mercado ("Plaintiff"), and against Defendants in the

above-captioned action in the total sum of Eight Thousand Five Hundred Sixty-One Dollars and

Eighty-Six cents ($8,561.86), payable as follows:

       The total sum of Eight Thousand Five Hundred Sixty-One Dollars and Eighty-Six cents

($8,561.86) is inclusive of reasonable attorney's fees, costs, and expenses to date of this offer, in

full and final settlement of all of Plaintiffs' claims against Defendant arising out, alleged in, or

related to, the facts and transactions alleged in the above-captioned action with Prejudice.

       This judgment shall be in full satisfaction of all federal and state law claims or rights that

Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants either past or present, of the Defendants, or in connection with the facts and circumstances that are the subject of this action.

This Offer of Judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any of the Defendants, or any owner, employee, representative, or agent of any of the Defendant.

Acceptance of this Offer of Judgment will act to release and discharge Defendants, their respective successors, or assigns, in their respective capacity as such, from any and all claims that were or could have been alleged by Plaintiff in the above-referenced action. Acceptance of this Offer of Judgment also will operate to waive Plaintiffs' rights to any claim for interest on the amount of the judgment.

In order for Plaintiffs to accept this offer, Plaintiff must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment. An Offer not accepted within the specified period for acceptance will be deemed withdrawn.  Satisfaction of Judgment will be filed upon collection of payment of the judgment amount.

Date:   February _____, 2024
        New York, NY


                                STEPHEN D. HANS & ASSOCIATES, PC


                                By: _____
                                    Stephen D. Hans, Esq.
                                    30-30 Northern Boulevard, Suite #401
                                    Long Island City, NY 11101
                                    Tel. No.: (718) 275.6700
                                    Email: shans@hansassociates.com
                                    *Attorneys for Defendants*