

28 Liberty Street, 30th Floor • New York, NY 10005
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

March 21, 2024

**VIA ECF**
Hon. Paul A. Engelmayer U.S.D.J.
United States District Court for the
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl St.
New York, New York 10007

    Re: *Polanco v. Victory Auto Group LLC, et al.*, No. 23 Civ. 10900 (PAE) (GWG)

Dear Judge Engelmayer,

    We represent the Plaintiffs in the above-referenced matter. We write this letter jointly with Defendants in response to Your Honor's Order submitted on March 15, 2024. Dkt. No. 22. On March 8, 2024, Plaintiffs' Counsel submitted Plaintiffs' Notice of Acceptance With Offer Of Judgment on behalf of six Plaintiffs specifically named in the Proposed Rule 68 Judgment. Dkt. Nos. 20 and 21. The Rule 68 offer resolves the claims of only these six Plaintiffs and the Parties represent that there are no other persons involved in this matter.

    We thank the Court for the Court's time and consideration at this time.

                                    Respectfully submitted,

                                    David J. Sack

CC:    Defendants' Counsel (via ECF and Electronic Mail)