UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN POLANCO, on behalf of himself and all others similarly situated,<br><br>                       **Plaintiff,**<br><br>        -against-<br><br>VICTORY AUTO GROUP LLC; SPARTAN AUTO GROUP LLC; VICTORY MOTORS LLC; PHILIP ARGYOPOULOS, individually, DIANE ARGYOPOLOUS, individually, and SCOTT BONFORTI, individually,<br><br>                       **Defendants.** | Case No.: 23-CV-10900 (PAE)(GWG) |

## PROPOSED RULE 68 JUDGMENT

**WHEREAS**, pursuant to Fed. R. Civ. P. 68, Defendants offered to allow Juan Polanco, Astariel Francis, Caprice Logan, Germinal Lantigua, Glennys Pena and Jinelca Mercado collectively ("Plaintiffs") to take judgments against them. On March 8, 2024, Plaintiffs' attorney confirmed acceptance of Defendants' Offer of Judgment. Dkt. No. 20.

It is **ORDERED** that judgment is entered in favor of the Plaintiffs in the corresponding sums listed in Exhibit A to this Order, and accordance with the terms and conditions of Defendants' Rule 68 Offer dated February 28, 2024.

**DATED:** March 22, 2024

                                                                   _/s/ Paul A. Engelmayer_
                                                        **HON. PAUL A. ENGELMAYER U.S.D.J.**